Gary E. Jubber, Trustee (A1758)
Chapter 7 Trustee
215 South State Street
Suite 1200
Salt Lake City, Utah 84111-2323

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| In re:<br><br>TYLER PAUL MANNOS and<br>TONI LYNN MANNOS,<br><br>Debtors. | ) ) ) ) ) ) ) ) ) | Bankruptcy No. 10-36237 JTM<br>Chapter 7<br><br>**DEPOSIT OF FUNDS FOR SMALL CLAIMS** |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1. The Trustee has filed his Final Report and has prepared the final distribution checks to creditors.

2. The following creditors were to have received a 2.44% distribution on their claims. The distributions were less than $5.00; therefore, the Trustee is depositing the funds into the unclaimed funds registry.

| Claim No. | Creditor/Address | Distribution |
|---|---|---|
| 3 | Questar Gas Company<br>Bankruptcy/DNR 244<br>1140 West 200 South<br>PO Box 3194<br>Salt Lake City, UT | $2.32 |
| 5 | N.A.R., Inc.<br>4225 West Wiley Post Way | $4.85 |



|   |   |   |
|---|---|---|
|   | Suite 410<br>Salt Lake City, UT 84116 |   |
| 6 | N.A.R., Inc.<br>4225 West Wiley Post Way<br>Suite 410<br>Salt Lake City, UT 84116 | $0.59 |
| 17 | Verizon Wireless<br>PO Box 3397<br>Bloomington, IL 61702 | $3.95 |

3.  A check in the amount of $11.71 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court and is attached hereto.

DATED this _1st_ day of August, 2011.

_____
Gary E. Jubber, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on the _2nd_ day of August, 2011, I served the foregoing Deposit of Funds for Small Claims upon the following party in interest by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

U.S. Trustees Office
Ken Garff Building
405 S. Main Street
Suite 300
Salt Lake City, UT 84111

_____

4831-1004-7754, v. 1